**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **JOSEPH CAPPELLINO,**<br><br>Plaintiff(s),<br><br>v.<br><br>**GLAXOSMITHKLINE, LLC, ET ALS.,**<br><br>Defendant(s) | Civil No. 13-4744 (CCC)<br><br>**O R D E R** |

It appearing that it has been reported to the Court that the above-entitled action has been settled,

**IT IS** on this the 29th day of September, 2014,

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated; and it is further,

**ORDERED** that the Clerk shall close the file in this matter.

*s/ Claire C. Cecchi*
UNITED STATES DISTRICT JUDGE